UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH DAKOTA

| | |
|---|---|
| In re: | Bankr. No. 10-10117 |
| | Chapter 7 |
| KENNETH RICHARD MARTIN | |
| SSN/ITIN xxx-xx-5194 | |
| | ORDER GRANTING LITTON LOAN |
| and | SERVICING, LP RELIEF FROM |
| | AUTOMATIC STAY AND |
| BERNICE MARTIN | COMPELLING ABANDONMENT |
| SSN/ITIN xxx-xx-8544 | OF CERTAIN REAL PROPERTY |
| Debtors. | |

Upon consideration of Litton Loan Servicing, LP's Motion for Order Granting Relief of Automatic Stay & Order Compelling Trustee Abandonment (doc. 13) and the record before the Court; and it appearing no objection to the motion was timely filed after appropriate notice; and for cause shown; now, therefore,

IT IS HEREBY ORDERED Litton Loan Servicing, LP 's motion is granted, and it is given relief from the automatic stay to purse its nonbankruptcy law remedies regarding its interest in the following property:

Parcel Id Number: 22.0008.2170 and located at 521 Colfax Avenue S.E, Wadena, Minnesota 56482-1623.

IT IS FURTHER ORDERED the case trustee shall abandon the above-described property from the bankruptcy estate. This order shall constitute the notice the trustee has abandoned the subject property in compliance with this order.

IT IS FURTHER ORDERED the 14-day stay imposed by Fed. R. Bankr. P. 4001 (a)(3) is waived, and this order is effective upon entry.

So ordered: July 29, 2010.

BY THE COURT:

Charles L. Nail, Jr.
Bankruptcy Judge

On the above date, a copy of this document was mailed or faxed to the parties shown on the Notice of Electronic Filing as not having received electronic notice and Debtor(s), if Debtor(s) did not receive electronic notice.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota

NOTICE OF ENTRY
Under Fed.R.Bankr.P. 9022(a)

This order/judgment was entered on the date shown above.

Frederick M. Entwistle
Clerk, U.S. Bankruptcy Court
District of South Dakota